UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MR. ALFRED JOSEPH, ESQ., <br><br>                Plaintiff, <br><br>-against- <br><br>THE STATE OF NEW YORK; CLERK OF COURT RECORDS OFFICE; ALL PARTIES INVOLVED & UNMENTIONED DUE TO EXCULPATORY EVIDENCE; JUDGE LAURA TAYLOR SWAIN; EL-HAG JORDAN, ESQ.; DERRICK DANIELS, MIRIAM OSBORN SENIOR LIVING MEMORIAL HOME, <br><br>                Defendants. | 23cv3019 (LTS) <br><br> CIVIL JUDGMENT |

      For the reasons stated in the March 28, 2024, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  March 28, 2024
         New York, New York

                                            /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                   Chief United States District Judge